**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 12-00082-01-CR-W-GAF |
| | ) | |
| **ANDREA D. CROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer, to which no objection has been filed, the plea of guilty is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 28, 2013